% CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | X DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF: UNITED STATES V.S. _____

FOR: _____
AT: _____

PERSON REPRESENTED (Show your full name): **Rudolph Hardial**

| | |
|---|---|
| 1 X Defendant Adult | |
| 2 ☐ Defendant - Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other | |

DOCKET NUMBERS
- Magistrate
- District Court
- Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box ►): X Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☐ Yes  ☐ No  ☑ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed? ☑ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ **350.00**
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ **5,000**   SOURCES: **horse trainer**

**CASH**: Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☐ No  IF YES, state total amount $ _____

**PROPERTY**: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $ **5,000**   DESCRIPTION: **98 Toyota**

**DEPENDENTS**

MARITAL STATUS: ☑ MARRIED  ☐ SINGLE  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: **6**

List persons you actually support and your relationship to them:
- Kimone Hardial (father)
- Crystal "
- Eschenia "
- Kerry Roy "
- Elvis "
- Kimilee "

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| APARTMENT OR HOME: | Kitchen appliance store | $1100.00 | $ |
| | food/clothing/children's school | $500.00 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **Nov 8, 2004**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► **Rudolph Hardial**