UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. **04 CR 10337 WGY** |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| 1. RUDOLPH HARDIAL, | ) 21 U.S.C. § 952(a)- illegal |
| | ) Importation of cocaine |
| Defendant. | ) |
| | ) |
| | ) 21 U.S.C. § 853 - Criminal |
| | ) Forfeiture |
| | ) |

INDICTMENT

COUNT ONE:   (21 United States Code, Section 952(a) -
Illegal Importation of Cocaine)

The Grand Jury further charges that:

On or about November 5, 2004, at Boston in the District of Massachusetts,

**1. RUDOLPH HARDIAL**

defendant herein, did knowingly, intentionally and unlawfully import into the United States, from a place outside thereof, namely Jamaica, a quantity of cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 960(b)(2)(B) applies to this offense.

All in violation of Title 21, United States Code, Section

952(a).

3

## DRUG FORFEITURE ALLEGATION
### (21 U.S.C. §853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1. As a result of committing the offense alleged in Count One of this indictment,

**1. RUDOLPH HARDIAL,**

defendant herein, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

4

All in violation of Title 21, United States Code, Section 853.

5

**NOTICE OF ADDITIONAL FACTORS**

As to the offense charged in Count One of this indictment and relevant conduct as described in USSG §1B1.3, Defendant **RUDOLPH HARDIAL** is accountable for at least 500 grams but less than two (2) kilograms of cocaine. Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

6

A TRUE BILL

_____(Deputy)_____
FOREPERSON OF THE GRAND JURY

_Robert L. Peabody_,
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; November 10, 2004 @ 3:56 PM

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)    04 CR 10337 WGY

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** D MA     **Category No.** II     **Investigating Agency** ICE

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant  x
Magistrate Judge Case Number     M-04-245-JLA
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name**  Rudolph Hardial     **Juvenile:** ☐ Yes   x No

**Alias Name** _____

**Address**  60 Weedom Street, Newland District, Bridgeport, Jamaica

**Birthdate:** 8/25/60     **SS #** _____     **Sex:** Male     **Race:** African descent     **Nationalit** Jamaican

**Defense Counsel if known:**  Martin Richey, Esq.     **Address** Federal Defenders Office

**Bar Number** _____     617 223-8060

## U.S. Attorney Information:

**AUSA** Robert Peabody     **Bar Number if applicable** 551936

**Interpreter:**  Yes   X No     List language and/or dialect: _____

**Matter to be SEALED:**  ☐ Yes   X No

☐ Warrant Requested     Regular Process     X In Custody

## Location Status:

**Arrest Date** November 6, 2004

X  Already in Federal Custody as of  November 6, 2004  in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   Complaint   ☐ Information   XX Indictment

**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   x Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

X   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/10/04     **Signature of AUSA:** *Robert Peabody*

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Rudolph Hardial

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 952 | illegal importation of cocaine | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js45 Hardial.wpd - 2/7/02