UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>    v.                        )<br>)<br>RUDOLPH HARDIAL           )<br>        Defendant         ) | Criminal NO. 04-10337-WGY |

**NOTICE OF APPEARANCE**

Please enter the undersigned attorney's appearance for the United States of America in the above-captioned matter.

                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         UNITED STATES ATTORNEY

      By:   /s/William F. Bloomer
              WILLIAM F. BLOOMER
              Assistant U.S. Attorney
              One Courthouse Way
              Boston, MA
              (617) 748-3644

Dated: 20 December 2004