UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10338-WGY

UNITED STATES OF AMERICA

V.

RUDOLPH HARDIAL

<u>**ORDER ON DETENTION**</u>

November 18, 2004

ALEXANDER, M.J.

The defendant, Rudolph Hardial, appeared before this Court on November 15, 2004, for a hearing on detention pursuant to a complaint charging him with violation of 21 U.S.C. § 952 (illegal importation of cocaine). Martin Richey represented the defendant and Assistant United States Attorney Robert Peabody appeared on behalf of the government.

At the commencement of the hearing, Mr. Hardial consented to detention, waiving his right to a full hearing. Accordingly, the Court ORDERED the defendant, Rudolph Hardial, DETAINED pursuant to 18 U.S.C. § 3142 (e).

SO ORDERED.

/S/ Joyce London Alexander
United States Magistrate Judge