UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                    CRIMINAL
                                                                      NO. 04-10337 -WGY

RUDOLF HARDIAL


INITIAL SCHEDULING ORDER

YOUNG, C.J.

The above named defendant(s) having been arraigned on 11/112/13/045/04 before  ALEXANDER, USMJ , and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by   12/13/04  See   L.R116.1(C).

B. The defendant shall provide automatic discovery by     12/13/04 .  See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by  1/3/05 . See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by  1/17/05 . See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on   1/25/05   at    2:00    p.m. in Courtroom No.   18    on the   5   floor.


                                                                      By the Court,

1/12/05
                                                                      /s/ Elizabeth Smith

_____                                                   _____
        Date                                                              Deputy Clerk


(Crinsch1.wp - 11/24/98)