# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                                               Criminal Action
                                                                               No: **04-10337-WGY**

**UNITED STATES**
Plaintiff

v.

**RUDOLF HARDIAL**
Defendant

**SCHEDULING ORDER**

**YOUNG, C.J.**

    An initial status conference in accordance with LR 116.5 was held on  1/25/05

    Any substantive motions are to be filed by    3/4/05    . See LR 116.3(E) and (H).

    Response to any motion is to be filed on or before    3/28/05    See LR 116.3(l).

    A Final Pretrial Conference will be held on   6/1/05 @ 2PM

    A joint memorandum in accordance with LR 116.5(C) is to be filed by 5/27/05

    A tentative trial date has been set for   6/27/05

    The time between 1/25/05    and    6/27/05    is excluded in the interest of justice.

                                                                  By the Court,

                                                                  /s/ Elizabeth Smith
                                                                  _____
                                                                **Deputy Clerk**

**January 25, 2005**

**To: All Counsel**