UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10337-WGY |
| | ) | |
| RUDOLPH HARDIAL | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE
<u>MOTIONS FILING DATE</u>

Defendant, Rudolph Hardial, respectfully moves this Court to continue the filing date for dispositive motions in this matter for six weeks.

As grounds for this motion, defendant and the government are attempting to resolve this matter short of trial (defendant was arrested at Logan airport and is charged with being a cocaine courier). If those negotiations are successful, motions will be rendered moot. The trial in this matter is presently scheduled for June 27, 2005.

If the Court is inclined to grant this motion, defendant respectfully suggests the Court order that defendant's motions be filed by April 15, 2005, and that the government's response be filed by April 29, 2005.

Assistant United States Attorney William F. Bloomer assents to this motion.

>
> RUDOLPH HARDIAL
> By his attorney,
>
> /s/ J. Martin Richey
> J. Martin Richey
>  B.B.O. #559902
> Federal Defender Office
> 408 Atlantic Avenue, 3rd Floor
> Boston, MA  02110
> Tel: 617-223-8061

March 4, 2005