```
 1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
 2
                                        Criminal No.
 3                                      04-10337-WGY

 4

 5

 6  * * * * * * * * * * * * * * * * *
                                      *
 7  UNITED STATES OF AMERICA          *
                                      *
 8  v.                                *   SENTENCING EXCERPT
                                      *
 9  RUDOLF HARDIAL                    *
                                      *
10  * * * * * * * * * * * * * * * * *

11

12          BEFORE:  The Honorable William G. Young,
                             District Judge
13

14

15

16

17

18

19

20

21

22

23

24                                      1 Courthouse Way
                                        Boston, Massachusetts
25
                                        January 17, 2005
```

```
 1           THE COURT:  Thank you.
 2           Mr. Rudolf Hardial, in consideration of the factors
 3   which the Court takes into consideration under 18 United
 4   States Code, Section 3553, the information from the United
 5   States Attorney, your attorney, the probation officer and
 6   yourself, this Court sentences you to 37 months in the
 7   custody of the United States Attorney General, imposes upon
 8   you a period of four years of supervised release, imposes no
 9   fine due to your inability to pay a fine, and a $100 special
10   assessment.
11           The specific conditions of your supervised release
12   are that you shall refrain from any unlawful use of a
13   controlled substance, submit to one drug within 15 days of
14   release from imprisonment, and at least two periodic drug
15   tests thereafter, not to exceed 104 tests per year as
16   directed by the probation office.
17           You'll submit to the collection of a DNA sample as
18   directed by the probation office.  You're prohibited from
19   possessing a firearm, destructive device or other dangerous
20   weapon.  If ordered deported you're to leave the United
21   States, not to return without the prior permission of the
22   Secretary of the Department of Homeland Security.
23           Let me explain the sentence to you, Mr. Hardial.
24   That is the lowest sentence in my judgment that comports
25   with the factors congress set forth in Section 3553.
```

```
 1   Everything you did you did willingly and intelligently and
 2   knowing what you were doing violating the laws of the United
 3   States.  Nevertheless, since that time you've made every
 4   effort to undo the wrong that you have done and it is for
 5   that reason that I impose the sentence that I do.
 6            I expressly, I expressly express no opinion as to
 7   whether this case warrants a reduction of two levels for
 8   role in the offense.  Your lawyer has ably argued that the
 9   law is uncertain.  This case is not the vehicle for taking a
10   position on the issue.  This sentence is a fair and just
11   sentence given the specific facts of your offense.
12            Now, you will get credit toward the service of this
13   sentence from November 6th, 2004 until to date.  You have
14   the right to appeal from any findings or rulings the Court
15   has made against you.  Should you appeal and should your
16   appeal be successful in whole or in part, the case will be
17   resentenced before another judge.
18            That's the sentence of the Court.  He's remanded to
19   the custody of the marshals.  We'll recess.
20            **THE CLERK:**  All rise.
21            (Whereupon the matter concluded.)
22
23
24
25
```