```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                               Criminal No.
 3                                             04-10337-WGY

 4
     * * * * * * * * * * * * * * *
 5                                 *
     UNITED STATES OF AMERICA      *
 6                                 *
     v.                            *  DISPOSITION
 7                                 *
     RUDOLPH HARDIAL                *
 8                                 *
     * * * * * * * * * * * * * * *
 9

10

11
             BEFORE:  The Honorable William G. Young,
12                          District Judge

13

14

15

16
     APPEARANCES:
17
             WILLIAM F. BLOOMER, Assistant United States
18       Attorney, 1 Courthouse Way, Suite 9200, Boston,
         Massachusetts 02210, on behalf of the Government
19
             FEDERAL DEFENDER OFFICE (By J. Martin
20       Richey, Esq.), 408 Atlantic Avenue, 3rd Floor,
21       Boston,  Massachusetts 02110, on behalf of the
         Defendant
22

23

24                                        1 Courthouse Way
                                          Boston, Massachusetts
25
                                          January 17, 2006
```